UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————x

JANE DOE,
on behalf of herself and others similarly situated,          Case No. 21 Civ. 8469

                    Plaintiff,
     -against-

DARREN K. INDYKE and RICHARD D. KAHN,
as EXECUTORS OF THE ESTATE OF JEFFREY E.
EPSTEIN, and LESLEY GROFF,

               Defendants.
———————————————————————————x

## **<u>NOTICE OF MOTION FOR LEAVE TO PROCEED ANONYMOUSLY</u>**

      **PLEASE TAKE NOTICE** that on such date and time as counsel may be heard,

Plaintiff, by and through her undersigned attorneys, shall move before the Honorable P. Kevin

Castel for an order granting Plaintiff leave to proceed anonymously in this action using the

pseudonym "Jane Doe" instead of her real name.

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the

accompanying Memorandum of Law.

      **PLEASE TAKE FURTHER NOTICE** that Defendant Lesley Groff consents to

the relief requested in this motion.  Counsel for Defendants Indyke and Kahn has indicated that

they take no position on this motion at this time and that they will determine their position after

the motion is filed.

Dated:  New York, New York
   October 28, 2021

CUTI HECKER WANG LLP

By:  /s/ Mariann Meier Wang
   Mariann Meier Wang
   Daniel Mullkoff
   305 Broadway, Suite 607
   New York, New York 10007
   (212) 620-2603
   mwang@chwllp.com
   dmullkoff@chwllp.com

ALLRED, MAROKO & GOLDBERG
Gloria Allred
305 Broadway, Suite 607
New York, New York 10007
(212) 202-2966

*Attorneys for Plaintiff*