UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE DOE,

                        Plaintiff,                    21-cv-8469 (PKC)

       -against-                         <u>ORDER</u>


DARREN K. INDYKE and RICHARD D.
KAHN, as EXECUTORS OF THE ESTATE OF
JEFFREY E. EPSTEIN, and LESLEY GROFF,

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

          For good cause shown, plaintiff's request to proceed anonymously is

provisionally granted.  Defendants may renew their challenge to plaintiff proceeding

anonymously if and when plaintiff moves for class certification under Rule 23.  The Clerk is

respectfully directed to terminate ECF #13.

          SO ORDERED.

                                      P. Kevin Castel
                             United States District Judge

Dated: New York, New York
        November 23, 2021