# CUTI HECKER WANG LLP

305 BROADWAY, SUITE 607
NEW YORK, NY 10007

**MARIANN MEIER WANG**
212.620.2603 TEL
212.620.2613 FAX

MWANG@CHWLLP.COM

December 1, 2021

By ECF

Hon. P. Kevin Castel
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Conference adjourned from December 16 to January 14 at 11 am (telephonically). SO ORDERED. [signature] USDJ 12-1-21]*

Re:   *Jane Doe v. Darren K. Indyke, et al.*, No. 21 Civ. 8469 (PKC)

Your Honor:

This firm represents Plaintiff Jane Doe in the above-referenced putative class action. We write respectfully, with the consent of all parties, to request an adjournment of the Initial Pretrial Conference in this matter. The Initial Pretrial Conference was originally scheduled for December 14, 2021, and on November 24, 2021, the Court *sua sponte* adjourned the conference to December 16, 2021. Plaintiff's counsel are unable to attend a conference on December 16 due to a preexisting conflict that cannot be moved.

Accordingly, we respectfully request the Court to adjourn the Initial Pretrial Conference to a different date. We have conferred with counsel for all Defendants, and all counsel are available for a conference on December 22, 2021 or on any date on or after January 10, 2022. This is the first request for an adjournment, and all counsel consent to this adjournment.

We appreciate the Court's attention to this matter.

Respectfully submitted,

_/s/ Mariann Meier Wang_

Mariann Meier Wang

cc: All Counsel (by ECF)