UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────x

JANE DOE,
on behalf of herself and others similarly situated,   Case No. 21 Civ. 8469 (PKC)

    Plaintiff,        **NOTICE OF DISMISSAL**

  -against-

DARREN K. INDYKE and RICHARD D. KAHN,
as EXECUTORS OF THE ESTATE OF JEFFREY E.
EPSTEIN, and LESLEY GROFF,

    Defendants.
───────────────────────────────────x

  PLEASE TAKE NOTICE THAT, Plaintiff Jane Doe and Defendant Lesley Groff, by and through their undersigned attorneys, hereby give notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the above-captioned action is voluntarily dismissed with respect to Defendant Lesley Groff, with prejudice, and with each party to bear its own costs and attorney's fees. Defendant Groff has not yet served an answer or filed a dispositive motion.

| | |
|---|---|
| Dated: New York, New York<br>December 29, 2021 | Dated: Stamford, Connecticut<br>December 29, 2021 |
| CUTI HECKER WANG LLP | DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP |
| By: /s/ Mariann Meier Wang<br>  Mariann Meier Wang, Esq. | By: /s/ Jonathan P. Whitcomb<br>  Jonathan P. Whitcomb, Esq. |
| 305 Broadway, Suite 607<br>New York, New York 10007<br>Tel: (212) 620-2603<br>mwang@chwlsslp.com | 1010 Washington Blvd., Suite 800,<br>Stamford, Connecticut 06901<br>Tel: (203) 358-0800 x 3332<br>jwhitcomb@dmoc.com |
| ALLRED, MAROKO & GOLDBERG<br>Gloria Allred<br>305 Broadway, Suite 607<br>New York, New York 10007<br>(212) 202-2966<br>*Attorneys for Plaintiff* | BACHNER & ASSOCIATES, PC<br>Michael Bachner<br>39 Broadway, Suite 1610<br>New York, New York 10006<br>Tel: (212) 344-7778<br>mb@bhlawfirm.com<br>*Attorneys for Defendant Lesley Groff* |