**CUTI HECKER WANG LLP**

305 Broadway, Suite 607
New York, NY 10007

**Mariann Meier Wang**
212.620.2603 tel
212.620.2613 fax

mwang@chwllp.com

December 31, 2021

By ECF

Hon. P. Kevin Castel
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Jane Doe v. Darren K. Indyke, et al.*, No. 21 Civ. 8469 (PKC)

Your Honor:

      This firm, along with Allred, Maroko & Goldberg, represents Plaintiff Jane Doe in the above-referenced action. Plaintiff and the remaining defendants in this action, Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (the "Co-Executors") have agreed to engage in a mediation with an outside mediator on January 19, 2022 in an effort to explore a possible resolution of Plaintiff's claims against the Co-Executors.

      In order to facilitate the settlement process, we submit herewith a Joint Stipulation and Proposed Order staying this action until after the January 19 mediation, which we respectfully request the Court to so-order.

      We appreciate the Court's attention to this matter, and the parties stand ready to answer any questions or concerns the Court may have.

                            Respectfully submitted,

                            __/s/ Mariann Meier Wang___

                            Mariann Meier Wang

cc: All Counsel (by ECF)