UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE DOE,

                Plaintiff,

                                              21-cv-8469 (PKC)

       -against-                                   ORDER

DARREN K. INDYKE and RICHARD D.
KAHN, as EXECUTORS OF THE ESTATE OF
JEFFREY E. EPSTEIN, and LESLEY GROFF,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court granted the plaintiff's motion to voluntarily dismiss the action with prejudice on February 1, 2022.  (ECF 44).  The Clerk of Court is respectfully directed to close the case.

       SO ORDERED.

                                                    P. Kevin Castel
                                             United States District Judge

Dated:  New York, New York
           April 4, 2024